UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| REUBEN AVENT,<br><br>　　　　　　　　　　　Petitioner,<br><br>　　-against-<br><br>NEW YORK STATE DIVISION OF PAROLE,<br><br>　　　　　　　　　　　Respondent. | 20-CV-6275 (LLS)<br><br>CIVIL JUDGMENT |

　　　　Pursuant to the order issued September 16, 2020, dismissing the petition,

　　　　IT IS ORDERED, ADJUDGED, AND DECREED that the petition is dismissed without prejudice. Because the petition at this time makes no substantial showing of a denial of a constitutional right, a certificate of appealability will not issue under 28 U.S.C. § 2253.

　　　　The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

　　　　IT IS FURTHER ORDERED that the Clerk of Court mail a copy of this judgment to Plaintiff and note service on the docket.

SO ORDERED.

Dated:　September 16, 2020
　　　　　New York, New York

　　　　　　　　　　　　　　　　　　　　　　　_Louis L. Stanton_
　　　　　　　　　　　　　　　　　　　　　　　　Louis L. Stanton
　　　　　　　　　　　　　　　　　　　　　　　　　　U.S.D.J.